UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                              <u>DECISION AND ORDER</u>

                                              07-CR-6036L

             v.

ANTHONY POWELL,

                Defendant.
_____

      Anthony Powell ("Powell") was sentenced on July 6, 2007 principally to a term of 84 months on his plea of guilty. On April 8, 2008, Powell filed a motion requesting an order requiring Bureau of Prisons to award him 3 days of credit for every day he has spent at the Northeast Ohio Correctional Center.[1] Powell's motion is in all respects denied. The Court has no jurisdiction to enter such an order and even if the Court had such jurisdiction, I would not enter the order. Powell has made no showing warranting such extraordinary relief.

      The motion (Dkt. #22) is in all respects denied.

      IT IS SO ORDERED.

                                            _____
                                                  DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
       April 9, 2008.

---

[1] Powell also filed a motion on April 1, 2008 for relief pursuant to 18 U.S.C. § 3582(c) based on amendments to the Sentencing Guidelines concerning cocaine base. That motion is still pending.